IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SPENCER CHRISTENSEN,<br><br>                Plaintiff,<br><br>v.<br><br>SALT LAKE COUNTY et al.,<br><br>                Defendants. | **MEMORANDUM DECISION &**<br>**DISMISSAL ORDER**<br><br><br>Case No. 2:15-CV-238-DB<br><br>District Judge Dee Benson |

Plaintiff is the father of an inmate who was in Salt Lake County Jail, where she apparently committed suicide. His complaint brings claims of cruel and unusual punishment and wrongful death against Defendants Salt Lake County and Unified Police Department.

Defendants move for summary judgment, contending that the undisputed facts neither support a federal civil-rights claim of inadequate medical care under the Eight Amendment's Cruel and Unusual Punishment Clause, nor a wrongful death claim under state law. *See* Utah Code Ann. § 78B-3-106(1) (2017).

Plaintiff does not oppose the summary-judgment motion, asking only that the Court's order granting summary judgment "be narrowly tailored so as to grant summary judgment only on the matters that were brought before the Court in the Motion for Summary Judgment." (*See* Docket Entry # 42.)

IT IS THEREFORE ORDERED that Defendant's summary-judgment is GRANTED. (*See id*. # 25.) Plaintiff's action is DISMISSED with prejudice only as to the exact claims

brought in the Complaint at issue and addressed in the summary-judgment motion. This case is CLOSED.

DATED this 21st day of September, 2017.

BY THE COURT:

JUDGE DEE BENSON
United States District Court